# STATE SUPREME COURT
## Judges, Officers, Proceedings, Sessions and Opinions

## SUPREME COURT of OHIO
### COLUMBUS

Chief Justice—C. T. Marshall, Zanesville.
Judges—R. M. Wanamaker, Akron; Thomas A. Jones, Columbus; Edward S. Matthias, Van Wert; James E. Robinson, Marysville; Florence E. Allen, Cleveland; Robert H. Day, Massillon.
Clerk—Seba H. Miller, Springfield.
Deputy Clerks—Thos. J. Edwards, Lawrence J. Corcoran.
Regular Term—First Tuesday after first Monday of January, at Columbus.
Reporter—John W. L. Henney, Columbus; Bell.
Assistant Reporters—Clinton Collins, H. L. Connett, Columbus.

### LAW LIBRARY

Librarian—John W. Shaw, Troy.
Assistants—Robert L. Hoyt, James P. Martindale, A. W. Buckmaster, W. W. McDonald, all of Columbus; Philip Allen, New Lexington.

## SUPREME COURT
### NEW CASES FILED
#### Tuesday, January 16

17818—David F. Thompson v. Alfred Haswell; petition as of right and motion to certify record; Wood county; atty. for pltff., Benj. F. James; for deft., Harrington and Dunn, all of Bowling Green.

#### Wednesday, January 17

17819—George D. Meeker, et al., v. John K. Scudder, et al.; petition as of right; Hamilton county; attys. for pltff., Province M. Pogue, Cincinnati; Smith W. Bennett, Columbus; for defts., C. C. Crabbe, Atty Gen., Herbert D. Mills and Wm. J. Meyers, all of Columbus.

#### Thursday, January 18

17820—The Village of Vinton, et al, v. L. C. James; motion to certify record; Gallia county; atty. for pltff., Timothy S. Hogan, Columbus; H. W. Cherrington, Gallipolis; for deft., R. M. Switzer, R. A. Mack Gallipolis.

#### Friday, January 19

17821—Louise McMerriman v. Geo. Schiel and August Scheil, as executors. Motion to certify record; Lucas county; atty. for pltff., Hackett and Lynch; for deft., Denman, Kirkbride, Wilson and McCage, all of Toledo, Ohio.

#### February 5, 1923

17845—The City of Portsmouth v. Public Utilities Commission of Ohio. Error to Public Utilities Commission. Attorney for plaintiff, Sherrard M. Johnson, city solicitor, Portsmouth; for defendant, C. C. Crabbe, attorney general, and E. E. Corn of Columbus.

17846—Title, action and attorneys same as in above case.

#### February 5, 1923

17847—The State of Ohio v. John Karayians; Trumbull county; motion to certify record. Attorney for plaintiff, H. A. Burgess, prosecuting attorney, Warren; for defendant, Anderson and Lamb, Youngstown.

#### February 6, 1923

17848—Pearl K. Riley v. Patrick J. McNicol; Columbiana county. Petition as of right and motion to certify record. Attorneys for plaintiff, Craver, Diser, Huey and Starrs, Youngstown; for defendant, Jesse C. Hanley, Lisbon.

#### February 8, 1923

17849—J. J. Boone v. The State of Ohio; Hardin county. Motion to certify record. Attorneys for plaintiff, Stickle and Cesna, Kenton; for defendant, Chas. M. Earhart, Columbus.

17850—Woolf Atkin v. Oref Orfaleo; Cuyahoga county. Motion to certify record. Attorneys for plaintiff, M. W. Bruml, Mooney, Hahn, Loeser and Keough of Cleveland; for defendant, Nimon, Grossman, Buss and Halliday of Cleveland.

17851—The Hardin Wyamdot Lighting Co. v. Public Utilities Commission of Ohio. Error to Public Utilities Commission of Ohio. Attorneys for plaintiff, C. W. Faulkner, Kenton; J. C. Martin, Columbus; for defendant, C. C. Crabbe, attorneys general, and E. E. Corn of Columbus.

17852—Frank S. Edgar v. Robert Haines et al; Harrison county. Motion to certify record. Attorneys for plaintiff, Cheever W. Petty, Caditz; Buchanon, Reed and Russell, New Philadelphia, for defendant, Frank B. Grove and E. S. McNamee of Cadiz.

#### February 9, 1923

17853—Ralph Herzig v. the State of Ohio; Tuscarawas county. Motion for leave to file petition in error. Attorneys for plaintiff, Sickel and Hill of Dover and E. E. Linsay, New Philadelphia; for defendant, J. E. Patrick, prosecuting attorney, Dover, and C. C. Crabbe, Columbus.

#### February 10, 1923

17854—Martin Greelish v. the Cincinnati Traction Co.; Hamilton county. Motion to certify record. Attorneys for plaintiff, John Thorndyke, Albert D. Alcorn, Robert S. Alcorn, all of Cincinnati; for defendant, James G. Stewart of Cincinnati.

17855—Steve Costakis v. the Village of Yorkville; Jefferson county. Motion to certify record. Attorney for plaintiff, Gordon D. Kinder, Martins Ferry; for defendant, not known.

17856—James C. Davis, director general of railroads v. Chas. A. Roose; Huron county. Motion to certify record. Attorneys for plaintiff, Frazier and Frazier, Zaneseville; for defendant, Young and Young, Norwalk.

### MOTION DOCKET
#### Tuesday, January 23, 1923

17687—William Montanari v. Elizabeth Haworth. Motion by plaintiff to dispense with printing testimony, evidence and exhibits. Allowed.

17745. Charles F. Schueler v. Ella F. Richards. Motion for an order directing the Court of Appeals of Summit county to certify its record. Settled and dismissed at costs of plaintiff in error.

17766—George C. Rings, Admr., et al. v. Cora Barton et al. Motion for an order directing the Court of Appeals of Fulton county to certify its record. Sustained.

17769—George Hackett v. John W. Northall. Motion for an order directing the Court of Appeals of Mahoning county to certify its record. Overruled.

17770—State of Ohio v. Abraham Auerbach. Motion for leave to file petition in error to the Court of Appeals of Cuyahoga county. Sustained.